UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN RUHS,

    Plaintiff,

v.

STONEMOR PARTNERS LP, et al.,

    Defendants.

Case No. 14-cv-01042-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 3, 2014 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | October 17, 2014 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | with Court Approval Only |
| NON-EXPERT DISCOVERY CUTOFF: | February 13, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 16, 2014<br>Rebuttal: January 5, 2015 |
| EXPERT DISCOVERY CUTOFF: | February 13, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | November 18, 2014 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, February 27, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 6, 2015 |
| PRETRIAL CONFERENCE: | Friday, March 20, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, April 6, 2015 at 8:30 a.m. for 5-7 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on <u>Friday, February 27, 2015 at 9:01 a.m</u>. is intended to confirm that counsel have timely
4  met and conferred as required by the Pretrial Instructions.  The compliance hearing shall be held in
5  the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business
6  days prior to the date of the compliance hearing, the parties shall file a one-page JOINT
7  STATEMENT confirming they have complied with this requirement or explaining their failure to
8  comply.  If compliance is complete, the parties need not appear and the compliance hearing will be
9  taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint
10 statement in a timely fashion.  Failure to do so may result in sanctions.

11 The parties must comply with both the Court's Standing Order in Civil Cases and Standing
12 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
13 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14 **IT IS SO ORDERED.**

15 Dated: July 23, 2014

16 _____
17 YVONNE GONZALEZ ROGERS
   United States District Judge