UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BENJAMIN RUHS,<br><br>                Plaintiff,<br><br>  vs.<br><br>STONEMOR PARTNERS LP, an unknown business entity, STONEMOR GP LLC, an unknown business entity, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 3:14-cv-01042-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT DUE DATE AND CASE MANAGEMENT CONFERENCE**<br>\*\*AS MODIFIED BY THE COURT\*\*<br><br>Complaint Filed:  October 15, 2013 |

109495.00289/95220848v.1

1  The Court, having considered the parties' Stipulation to Continue Case Management
2  Conference Statement Due Date and Case Management Conference and good cause appearing,
3  IT IS HEREBY ORDERED:
4  1. The Stipulation is approved;
5  2. The Case Management Conference shall be continued to ~~November 24, 2014;~~ December 1, 2014 and
6  3. The parties shall file their Case Management Statement on ~~November 17, 2014~~ November 24, 2014.

8  IT IS SO ORDERED.

10  DATED: October 24, 2014

   Yvonne Gonzalez Rogers
   United States District Judge

12  Respectfully submitted by:

15  /s/ Colleen A. Carolan
    Colleen A. Carolan
16  Attorneys for Defendants
    STONEMOR PARTNERS LP AND
17  STONEMOR GP, LLC

---

109495.00289/95220848v.1                    2
**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 3:14-cv-01042-YGR**