UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BENJAMIN RUHS, | Case No. 3:14-cv-01042-YGR |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STONEMOR PARTNERS LP, an unknown business entity, STONEMOR GP LLC, an unknown business entity, and DOES 1 through 10, inclusive, | |
| Defendants. | |

109495.00289/95230081v.1                              1
**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**
**Case No. 3:14-cv-01042-YGR**

Good Cause Appearing, IT IS HEREBY ORDERED:

The above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) by stipulation of the parties. Each party will bear its or his own attorneys fees and costs.

**IT IS SO ORDERED**.

Dated: December  5 , 2014

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28